# Exhibit F

**To:** Freedman, David[dfreedman@jpmorgan.com]
**From:** Harriet Edelman]/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D5549419B8614DE7988A78DF0B2CAEF8-HARRIET EDE]
**Sent:** Thur 4/28/2022 4:27:08 PM (UTC-04:00)
**Subject:** Re: Suggested response to RC email

Get Outlook for iOS

---

**From:** Freedman, David <dfreedman@jpmorgan.com>
**Sent:** Thursday, April 28, 2022 4:12:22 PM
**To:** Harriet Edelman <Harriet.Edelman@Consultant.Bedbath.com>; Mark Tritton <Mark.Tritton@bedbath.com>; Arlene Hong <Arlene.Hong@bedbath.com>; Paul J. Shim (pshim@cgsh.com) <pshim@cgsh.com>
**Subject:** Suggested response to RC email

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Harriet.

Here is what Paul and I came up with as a suggested response.

Ryan,

Thank you for sharing your thoughts[; I have forwarded your email to the entire board]. The board has been discussing these specific issues actively. In particular, we are very focused on the operating plan, and we monitor and adjust our capital allocation decisions in light of business, market and macroeconomic considerations. As for the Strategic Committee, I can assure you that the Committee's work is not distracting the board or management from these other key issues.

May I suggest that you, Mark and I have a call in the second week in June to discuss the business? Perhaps Gustavo should join the call too, as his knowledge may be valuable in the conversation. Since you have spoken about the possibility of your buying more shares, we will make sure that we do not give you any material non-public information that would interfere with your ability to trade.

Best,

Harriet

You should make edits to put it in your voice, but we think that draft hits the right points.

Regards,

David Freedman, CFA
Vice Chairman
Global Head of Shareholder Engagement and M&A Capital Markets
J.P. Morgan
383 Madison Avenue, 28th Floor
New York, NY 10179
david.freedman@jpmorgan.com
Office: 212-272-4209
Mobile: 917-406-9889

---

**From:** Harriet Edelman [mailto:Harriet.Edelman@Consultant.Bedbath.com]
**Sent:** Wednesday, April 27, 2022 6:12 PM
**To:** Mark Tritton <Mark.Tritton@bedbath.com>; Arlene Hong <Arlene.Hong@bedbath.com>; Paul J. Shim (pshim@cgsh.com) <pshim@cgsh.com>; Freedman, David (CIB, USA) <dfreedman@jpmorgan.com>

Subject: RC email - 4/27/22 6:00 pm ET
Case 1:24-cv-05418-JLR Document 126-2 Filed 08/01/24 Page 32 of 341
Case 1:24-cv-05418-JLR Document 120 Filed 06/21/24 Page 22 of 341

Please see the communication just received.
H
Get [Outlook for iOS](#)

---

**From:** Ryan Cohen <ryan@rcmail.com>
**Sent:** Wednesday, April 27, 2022 6:04 PM
**To:** Harriet Edelman
**Subject:** Follow up

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Harriet -
Thank you again for continuing to engage with me, particularly following last quarter's disappointing results. I'm spending a lot of time working with my team to analyze the company's current state and go-forward needs/opportunities. Here are a few high-level thoughts I would like to get your view on and also have sent to the full Board:

- **SG&A should be cut as much as possible and as quickly as possible.** While I'm sure management had the best of intentions when it envisioned heightened SG&A supporting growth, the reality is that the company has not been able to stem the tide of market share losses for many years -- and it's hard to see a viable path to growth. The board has an obligation to be safeguarding capital and, quite frankly, heavily scrutinizing management's tactics and forecasting in light of recent events.
- **The scope of management's strategy needs to be immediately reduced to mitigate unnecessary CapEx, SG&A and risky bets.** The Board needs to direct management to narrow its 2020 cover-the-waterfront strategy. In the near term, the business needs to be run defensively and like a private equity portfolio company. I'd hope the Board has already asked management for a much narrower operating plan. If not, I hope one is requested and received within the next 2 weeks.
- Two areas that deserve particular focus are advertising spend and store renovations. Advertising spend continues to rise both in absolute dollars and as a percentage of sales. This despite revenue weakness and management commentary that there have been hundreds of millions of dollars in lost sales due to inventory shortages. Why is the team spending more on advertising when there's insufficient inventory on hand to sell? In light of recent and expected near-term results, store renovation pace should be slowed to conserve capital and gather more data on renovated store performance.
- **Capital allocation priority should be share repurchases.** The Board needs to think about risk management for shareholders, especially in light of the results we're expecting in coming quarters. The best risk-adjusted use of capital is likely going to be opportunistically repurchasing shares, particularly if the share price is below where the company was recently buying back shares. I would be supportive of the company authorizing another repurchase program even if it takes time to execute.
- **Don't make the strategic review process a distraction.** I want the new review committee to carry out a robust process to see if there are alternative paths to maximizing shareholder value for BABY or the company. With that said, the committee should function efficiently and not become a source of distraction for the full board or management. There shouldn't be wheel-spinning if the credit markets continue to tighten and the global environment makes deal-making too tough. The full board and management should be laser-focused on cost containment, narrowing the strategy and stemming the bleeding. Since we're under an agreement, there's mutual respect, and I'd like to hear your views via phone or email on these points. This is a partnership now and it shouldn't be a one-way conversation. We have to work together to get this business turned around as quickly as possible. I'm looking forward to collaborating with you often.

Best,
Ryan

This message is confidential and subject to terms at: https://www.jpmorgan.com/emaildisclaimer including on confidential, privileged or legal entity information, malicious content and monitoring of electronic messages. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.