AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| 20230930-DK-BUTTERFLY-1, INC., f/k/a BED BATH & BEYOND INC., *Plaintiff(s)* <br><br> v. <br><br> RYAN COHEN and RC VENTURES LLC, *Defendant(s)* | Civil Action No. 24-cv-5874 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Each Defendant set forth on Rider A hereto at the address below his or its name thereon.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>James A. Hunter, Esq.
>Law Office of James A. Hunter
>201 King of Prussia Road, Suite 650
>Radnor, Pennsylvania  19087

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/2/2024

/s/ J. Gonzalez

*Signature of Clerk or Deputy Clerk*

**Rider A to Summons in a Civil Action**
*20230930-DK-Butterfly-1, Inc. v. Ryan Cohen and RC Ventures LLC*,
**No. 24-cv-5874 (S.D.N.Y. filed Aug. 1, 2024)**

1. Ryan Cohen
   P.O. Box 25250, PMB 30427
   Miami, Florida  33102-5250

2. RC Ventures LLC
   P.O. Box 25250, PMB 30427
   Miami, Florida  33102-5250