UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 20230930-DK-BUTTERFLY-1, INC., f/k/a BED BATH & BEYOND INC., <br><br> Plaintiff, <br><br> – v. – <br><br> RYAN COHEN and RC VENTURES LLC, <br><br> Defendants. | Case No. 24-cv-5874 |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Maxwell G. Dillan of Wollmuth Maher & Deutsch LLP hereby appears on behalf of Defendants RC Ventures LLC and Ryan Cohen in the above-captioned case.

I certify that I am admitted to practice in the United States District Court for the Southern District of New York. Defendants RC Ventures LLC and Ryan Cohen respectfully request that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on the undersigned via the CM/ECF service list in this case.

Dated: August 15, 2024
      New York, New York

**WOLLMUTH MAHER & DEUTSCH LLP**

By: */s/ Maxwell G. Dillan*
    Maxwell G. Dillan
    Wollmuth Maher & Deutsch LLP
    500 Fifth Avenue 12th Floor
    New York, New York 10110
    Phone: (212) 382-3300
    Fax: (212) 382-0050
    mdillan@wmd-law.com

*Counsel for RC Ventures LLC and Ryan Cohen*