**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| 20230930-DK-BUTTERFLY-1, INC., f/k/a BED BATH & BEYOND INC.,<br><br>                    Plaintiff,<br><br>        v.<br><br>RYAN COHEN and RC VENTURES LLC,<br><br>                    Defendant. | Case No. 1:24-cv-05874-NRB |

### RULE 7.1 DISCLOSURE STATEMENT OF RC VENTURES LLC

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for defendant RC Ventures LLC states that RC Ventures LLC does not have a parent corporation and there is no publicly held corporation which holds a 10% or more ownership interest in RC Ventures LLC.

Dated:  September 11, 2024                                    WOLLMUTH MAHER & DEUTSCH LLP

                                                                                    */s/ Joshua M. Slocum*
                                                                                    Joshua M. Slocum
                                                                                    Maxwell G. Dillan
                                                                                    Jocelyn M. Stuto
                                                                                    500 Fifth Avenue
                                                                                    New York, New York 10110
                                                                                    Phone: (212) 382-3300
                                                                                    jslocum@wmd-law.com
                                                                                    mdillan@wmd-law.com
                                                                                    jstuto@wmd-law.com

                                                                                    *Attorneys for Defendants Ryan Cohen*
                                                                                    *and RC Ventures LLC*