# JAMES A HUNTER
## ATTORNEY AT LAW

201 KING OF PRUSSIA ROAD, SUITE 650
RADNOR, PENNSYLVANIA  19087

TELEPHONE  (484) 275-2162
FACSIMILE  (646) 462-3356

November 22, 2024

*BY ECF*

The Honorable Naomi Reice Buchwald
The United States District Court, S.D.N.Y.
500 Pearl Street
New York, New York  10007-1312

      Re:    *20230930-DK-Butterfly-1, Inc. v. Cohen et al.*,
             No. 24-cv-5874 (NRB) (S.D.NY. filed Aug. 1, 2024)
             Redline of First Amended Complaint

Dear Judge Buchwald:

      I write on behalf of Plaintiff 20230930-DK-Butterfly-1, Inc., f/k/a Bed Bath & Beyond Inc. ("BBBY"), to submit herewith a redline of BBBY's First Amended Complaint [Dkt. 17], marked against the original pleading that was filed on August 1, 2024 [Dkt. 1].  The exhibits to the pleading are unchanged.

                                 Respectfully submitted,

                                   /s/ James A. Hunter

Enclosure

Copies with Enclosure by ECF: All Counsel of Record