```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
20230930-DK-BUTTERFLY-1, INC. f/k/a
Bed Bath & Beyond Inc.,

                    Plaintiff,

          - against -                          ORDER

RYAN COHEN and RC VENTURES LLC,           24 Civ. 5874 (NRB)

                    Defendants.
--------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Having reviewed the parties' pre-motion letters dated November 15 and November 20, 2024, the Court has determined that defendants may bring their motion without the necessity of a pre-motion conference.

The parties should confer on a briefing schedule agreeable to both sides, in which no more than sixty days elapse from the filing of defendants' motions to the filing of defendants' replies.

**SO ORDERED.**

Dated:   New York, New York
         November 25, 2024

                                    _____
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE

1