## WOLLMUTH MAHER & DEUTSCH LLP

500 FIFTH AVENUE
NEW YORK, NEW YORK 10110

---

TELEPHONE (212) 382-3300
FACSIMILE (212) 382-0050

November 27, 2024

**VIA ECF**
Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *20230930-DK-Butterfly-1, Inc. v. Cohen et al.*, Case No. 1:24-cv-05874-NRB

Dear Judge Buchwald:

      We are counsel to Ryan Cohen and RC Ventures LLC, Defendants in the above referenced proceeding. We submit this letter with the consent of counsel for Plaintiff in response to the Court's November 24, 2024 Order, ECF No. 21, instructing the parties to confer on a briefing schedule for Defendants' motion to dismiss. Below is the briefing schedule agreed by the parties:

1. Defendants shall file and serve their Motion to Dismiss on or before December 9, 2024;

2. Plaintiff shall file and serve its Opposition to Defendants' Motion to Dismiss on or before January 13, 2025; and

3. Defendants shall file and serve their Reply on or before February 3, 2025.

Respectfully submitted,

*/s/ Josuha M. Slocum*
Josuha M. Slocum
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
(212) 382-3300

*Counsel for Ryan Cohen and RC Ventures LLC*

---

Application granted. The parties are directed to file and serve their briefing papers in accordance with the jointly proposed briefing schedule.

SO ORDERED.

[signature]
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Date:   December 3, 2024
        New York, New York