# EXHIBIT 5

Case 1:24-cv-05874-NRB   Document 26-5   Filed 12/09/24   Page 1 of 2

# BBBY Advanced Charting

