# James A Hunter
## ATTORNEY AT LAW

**201 King of Prussia Road, Suite 650**
**Radnor, Pennsylvania  19087**

TELEPHONE  (484) 275-2162
FACSIMILE  (646) 462-3356

June 5, 2025

***BY ECF***

The Honorable Naomi Reice Buchwald
The United States District Court, S.D.N.Y.
500 Pearl Street
New York, New York  10007-1312

      Re:   *20230930-DK-Butterfly-1, Inc. v. Cohen et al.*,
             No. 24-cv-5874 (NRB) (S.D.NY. filed Aug. 1, 2024)
             Request for Initial Pretrial Conference

Dear Judge Buchwald:

      On behalf of Plaintiff 20230930-DK-Butterfly-1, Inc., f/k/a Bed Bath & Beyond Inc., I write to respectfully request an initial pretrial conference to prepare a case management plan and scheduling order under Federal Rule of Civil Procedure 16(b).  In advance of the conference, Plaintiff proposes to confer with Defendants under Rule 26(f) to negotiate proposed pretrial deadlines.

      Defendants do not oppose the request.

                            Respectfully submitted,

                            /s/ James A. Hunter

Copies by ECF: All Counsel of Record