# JAMES A HUNTER
## ATTORNEY AT LAW

201 KING OF PRUSSIA ROAD, SUITE 650
RADNOR, PENNSYLVANIA 19087

TELEPHONE (484) 275-2162
FACSIMILE (646) 462-3356

June 5, 2025

**BY ECF**

The Honorable Naomi Reice Buchwald
The United States District Court, S.D.N.Y.
500 Pearl Street
New York, New York 10007-1312

      Re: *20230930-DK-Butterfly-1, Inc. v. Cohen et al.*,
           No. 24-cv-5874 (NRB) (S.D.NY. filed Aug. 1, 2024)
           **Request for Initial Pretrial Conference**

Dear Judge Buchwald:

      On behalf of Plaintiff 20230930-DK-Butterfly-1, Inc., f/k/a Bed Bath & Beyond Inc., I write to respectfully request an initial pretrial conference to prepare a case management plan and scheduling order under Federal Rule of Civil Procedure 16(b). In advance of the conference, Plaintiff proposes to confer with Defendants under Rule 26(f) to negotiate proposed pretrial deadlines.

      Defendants do not oppose the request.

      Respectfully submitted,

      /s/ James A. Hunter

Copies by ECF: All Counsel of Record

```
The parties are directed to hold their
proposed Rule 26(f) conference and propose a
case management plan and scheduling order for
the Court's review.  If necessary, the Court
will hold a conference to discuss.

                SO ORDERED.

                [signature]
                NAOMI REICE BUCHWALD
                UNITED STATES DISTRICT JUDGE

        Date:      June 5, 2025
                   New York, New York
```