# Exhibit A

**Excerpts from BBBY's First Sets of Requests for Production Propounded to the Cohen Defendants:**[1]

### INSTRUCTIONS FOR RESPONSES

\* \* \*

H. Unless otherwise indicated, a document does not need to be produced unless it is dated as of, or concerns events occurring on, any date between January 1, 2022 and August 31, 2022, inclusive of each such date.

\* \* \*

### DOCUMENT REQUESTS

\* \* \*

2. Produce communications concerning Plaintiff or its Equity Securities between Ryan Cohen (or any representative of Ryan Cohen or RC Ventures LLC) and any Cohen Appointee.

**Excerpts from the Cohen Defendants' Responses and Objections to BBBY's First Sets of Requests for Production Propounded to the Cohen Defendants:**[1]

**RESPONSE TO REQUEST NO. 2:**

Defendant objects to this Request because it seeks documents not relevant to the claims or defenses in this Action, as Plaintiff's claim for relief under Section 16(b) based upon the "directors by deputization" theory has been dismissed. *See* Dkt. No. 32 at 19-23.

Subject to, and without waiver of, the foregoing Specific and General Objections, Defendant will not produce documents responsive to this Request.

---

[1] BBBY propounded separate requests to each of Defendant Ryan Cohen and Defendant RC Ventures LLC. The two requests are identical. The responses and objections the two Cohen Defendants separately served are also identical.