**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007

**NAOMI REICE BUCHWALD**　　　　　　　　　　　　　　　　　　　　　　(212) 805-0194
**UNITED STATES DISTRICT JUDGE**

September 11, 2025

James Austen Hunter
Law Offices of James A. Hunter
201 King of Prussia Road, Suite 650
Radnor, PA 19087

Joshua Mark Slocum
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, NY 10010

**RE: 20230930-DK-Butterfly-1, Inc. v. Cohen, et al.**
**24 Civ. 5874 (NRB)**

Dear Counsel:

　　　The Court is in receipt of plaintiff's letter, ECF No. 43, requesting a pre-motion conference for a proposed motion to compel document production. Defendants opposed plaintiff's request on grounds that the requested communications are irrelevant following the Court's dismissal of plaintiff's "director by deputization" theory of liability. ECF Nos. 44, 32. As the parties' submissions are sufficient to resolve this issue without the need for a pre-motion conference, we do so now.

　　　The Court concludes that plaintiff's requested discovery is not relevant to the remaining issues in this case, given the Court's explicit consideration and rejection of "plaintiff's claim that the Cohen defendants' profits are also subject to recapture" under the deputization theory. ECF No. 32 at 19. To the extent that plaintiff's application could be construed as a motion to reargue, it is both untimely and unpersuasive. Plaintiff's request is therefore denied.

　　　　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　　　　*Naomi Reice Buchwald*
　　　　　　　　　　　　　　　　　　　　　　　Naomi Reice Buchwald
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

CC: All counsel of record (by ECF)