October 7, 2025

**VIA ECF**

Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *20230930-DK-Butterfly-1, Inc. v. Cohen et al.*, Case No. 1:24-cv-05874-NRB

Dear Judge Buchwald:

The parties jointly write to respectfully request a short extension of the current pre-trial deadlines as follows:

|  | **Current Date** | **Proposed Date** |
|---|---|---|
| Completion of depositions | October 31, 2025 | December 15, 2025 |
| Requests for Admission | November 14, 2025 | December 30, 2025 |
| End of fact discovery | December 15, 2025 | January 30, 2026 |
| Letter to the Court regarding expert discovery | January 12, 2026 | February 27, 2026 |
| If no expert discovery, Individual Practice Rule 2(b) letter to be submitted | February 20, 2026 | April 7, 2026 |

Good cause exists for this request. While the parties are working in good faith to complete document production and conduct depositions, a short extension of time is needed to meet those deadlines.

The parties have not made any prior requests to extend these deadlines. All parties consent to the requested extension.

Respectfully submitted,

| | |
|---|---|
| /s/ *James A. Hunter* | /s/ *Maxwell G. Dillan* |
| | |
| James A. Hunter | Maxwell G. Dillan |
| LAW OFFICE OF JAMES A. HUNTER | WOLLMUTH MAHER & DEUTSCH LLP |
| 201 King of Prussia Road, Suite 650 | Joshua M. Slocum |
| Radnor, Pennsylvania  19087 | Maxwell G. Dillan |
| Phone: +1 (484) 275-2162 | Jocelyn M. Stuto |
| Fax:     +1 (646) 462-3356 | 500 Fifth Avenue |
| Email: hunter@hunterkmiec.com | New York, New York 10110 |
| | Phone: +1 (212) 382-3300 |
| *Counsel for Plaintiff 20230930-DK-Butterfly-1, Inc., f/k/a Bed Bath & Beyond Inc.* | Email: jslocum@wmd-law.com |
| | mdillan@wmd-law.com |
| | jstuto@wmd-law.com |
| | |
| | *Counsel for Defendants Ryan Cohen and RC Ventures LLC* |