UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 20230930-DK-BUTTERFLY-1, INC., f/k/a<br>BED BATH & BEYOND INC.,<br><br>      Plaintiff,<br><br>      – v. –<br><br>RYAN COHEN and<br>RC VENTURES LLC,<br><br>      Defendants. | ECF CASE<br><br>No. 24-cv-5874 (NRB) |

### [PROPOSED] AMENDED CASE MANAGEMENT PLAN AND SCHEDULING ORDER

The parties to this action jointly submit this proposed Amended Case Management Plan and Scheduling Order under Federal Rules of Civil Procedure 16(b) and 26(f)(3) for the remaining deadlines in the above-captioned action.

1. All fact discovery shall be completed by **January 30, 2026**.

2. The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The following interim deadlines may be extended by the parties on consent without application to the Court, provided that the parties meet the deadline for completing fact discovery set forth in Paragraph 1 above:

   a. Unless otherwise ordered by the Court, contention interrogatories should be served consistent with Local Civil Rule 33.3(c) of the U.S. District Court for the Southern District of New York.

   b. Depositions shall be completed by **December 15, 2025**.

   c. Requests for admission shall be served no later than **December 30, 2025**.

3. The parties shall jointly notify the Court, in writing, on or before **February 27, 2026**, whether expert discovery will be necessary. If expert discovery is deemed necessary by either party, the notice shall include a proposed schedule for expert disclosures and depositions.

4. If expert discovery **is not required**, any party may file an application for leave to file a summary judgment motion pursuant to Rule 2.B. of the Court's Individual Rules of Practice in Civil Cases ("Individual Rules") no later than **April 7, 2026**.

5. If expert discovery **is required**, any party may file an application for leave to file a summary judgment motion pursuant to Rule 2.B. of the Individual Rules no later than **60 days after the conclusion of expert discovery**.

6. Any motion for summary judgment shall be governed by the Federal Rules of Civil Procedure, the Local Rules of the Southern District of New York, and the Individual Rules.

7. This case **is** to be tried to a jury.

8. The parties have conferred and their present best estimate of the length of trial is **1-3 days**.

/s/ *James A. Hunter*

James A. Hunter
LAW OFFICE OF JAMES A. HUNTER
201 King of Prussia Road, Suite 650
Radnor, Pennsylvania  19087
Phone: +1 (484) 275-2162
Fax:    +1 (646) 462-3356
Email: hunter@hunterkmiec.com

*Counsel for Plaintiff 20230930-DK-Butterfly-1, Inc., f/k/a Bed Bath & Beyond Inc.*

/s/ *Maxwell G. Dillan*

Maxwell G. Dillan
WOLLMUTH MAHER & DEUTSCH LLP
Joshua M. Slocum
Maxwell G. Dillan
Jocelyn M. Stuto
500 Fifth Avenue
New York, New York 10110
Phone: +1 (212) 382-3300
Email: jslocum@wmd-law.com
           mdillan@wmd-law.com
           jstuto@wmd-law.com

*Counsel for Defendants Ryan Cohen and RC Ventures LLC*

**SO ORDERED.**

Dated: _____
          New York, New York

                                 _____
                                 Naomi Reice Buchwald
                                 United States District Judge