# JAMES A HUNTER
## ATTORNEY AT LAW

201 KING OF PRUSSIA ROAD, SUITE 650
RADNOR, PENNSYLVANIA 19087

TELEPHONE (484) 275-2162
FACSIMILE (646) 462-3356

January 15, 2026

**BY ECF**

The Honorable Naomi Reice Buchwald
The United States District Court, S.D.N.Y.
500 Pearl Street
New York, New York 10007-1312

> Re: *20230930-DK-Butterfly-1, Inc. v. Cohen et al.*,
> No. 24-cv-5874 (NRB) (S.D.N.Y. filed Aug. 1, 2024)
> **Request for Extension of Fact Discovery Cutoff**

Dear Judge Buchwald:

      I write on behalf of Plaintiff 20230930-DK-Butterfly-1, Inc., f/k/a Bed Bath & Beyond Inc. ("BBBY"), to request a three-week extension of the January 30 fact discovery cutoff, to **February 20, 2026**, to enable nonparty compliance with a previously served subpoena.

      BBBY served a subpoena on J.P. Morgan Securities LLC ("JPMorgan") on December 29, 2025. The subpoena seeks document production and a deposition concerning Defendants' transactions in BBBY securities on February 28, 2022, March 1, 2022, August 16, 2022, and August 17, 2022. Compliance is required by January 21, 2026. JPMorgan has informed undersigned counsel that it cannot meet this deadline but can produce documents by February 6 and, if needed, sit for a deposition by February 20.

      An extension of the January 30 fact discovery cutoff will thus enable nonparty compliance with a subpoena. Extending the cutoff will avoid the motion practice that would otherwise be necessary to enforce the original January 21 compliance deadline. The extension will not enlarge discovery or affect any other deadline on the Court's calendar. The Court has previously granted one extension of the parties' discovery deadlines. Dkts. 46–47. Defendants consent to this request.

      BBBY accordingly requests a three-week extension, to February 20, of the January 30 fact discovery cutoff for the limited purpose described above.

Respectfully submitted,

/s/ James A. Hunter

Copies by ECF: All Counsel of Record

*[Handwritten annotation: Application granted. Naomi Reice Buchwald, USDJ 1/20/26]*