February 27, 2026

**VIA ECF**

Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *20230930-DK-Butterfly-1, Inc. v. Cohen et al.*, Case No. 1:24-cv-05874-NRB

Dear Judge Buchwald:

The parties jointly write pursuant to the Amended Case Management Plan, (ECF Doc. No. 47), to notify the Court that the parties intend to engage in expert discovery in the above-referenced matter. Below is a proposed schedule for expert disclosures and depositions:

- Defendants' Initial Expert Disclosure: April 24, 2026
- Plaintiff's Rebuttal Expert Disclosure: June 26, 2026
- Completion of Expert Depositions: July 24, 2026

We appreciate the Court's continued attention to this matter.

Respectfully submitted,

| | |
|---|---|
| /s/ *James A. Hunter* | /s/ *Joshua M. Slocum* |
| James A. Hunter | Joshua M. Slocum |
| LAW OFFICE OF JAMES A. HUNTER | WOLLMUTH MAHER & DEUTSCH LLP |
| 201 King of Prussia Road, Suite 650 | Joshua M. Slocum |
| Radnor, Pennsylvania 19087 | Maxwell G. Dillan |
| Phone: +1 (484) 275-2162 | Jocelyn M. Stuto |
| Fax:  +1 (646) 462-3356 | 500 Fifth Avenue |
| Email: hunter@hunterkmiec.com | New York, New York 10110 |
| *Counsel for Plaintiff 20230930-DK-Butterfly-1, Inc., f/k/a Bed Bath & Beyond Inc.* | Phone: +1 (212) 382-3300 |
| | Email: jslocum@wmd-law.com |
| |       mdillan@wmd-law.com |
| |       jstuto@wmd-law.com |
| | *Counsel for Defendants Ryan Cohen and RC Ventures LLC* |