February 27, 2026

VIA ECF

Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *20230930-DK-Butterfly-1, Inc. v. Cohen et al.*, Case No. 1:24-cv-05874-NRB

Dear Judge Buchwald:

    The parties jointly write pursuant to the Amended Case Management Plan, (ECF Doc. No. 47), to notify the Court that the parties intend to engage in expert discovery in the above-referenced matter. Below is a proposed schedule for expert disclosures and depositions:

- Defendants' Initial Expert Disclosure: April 24, 2026
- Plaintiff's Rebuttal Expert Disclosure: June 26, 2026
- Completion of Expert Depositions: July 24, 2026

We appreciate the Court's continued attention to this matter.

```
Application granted.
SO ORDERED.

[signature]
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: March 2, 2026
       New York, New York
```

Respectfully submitted,

/s/ *James A. Hunter*
James A. Hunter
LAW OFFICE OF JAMES A. HUNTER
201 King of Prussia Road, Suite 650
Radnor, Pennsylvania  19087
Phone: +1 (484) 275-2162
Fax:    +1 (646) 462-3356
Email: hunter@hunterkmiec.com
*Counsel for Plaintiff 20230930-DK-Butterfly-1, Inc., f/k/a Bed Bath & Beyond Inc.*

/s/ *Joshua M. Slocum*
Joshua M. Slocum
WOLLMUTH MAHER & DEUTSCH LLP
Joshua M. Slocum
Maxwell G. Dillan
Jocelyn M. Stuto
500 Fifth Avenue
New York, New York 10110
Phone: +1 (212) 382-3300
Email: jslocum@wmd-law.com
       mdillan@wmd-law.com
       jstuto@wmd-law.com
*Counsel for Defendants Ryan Cohen and RC Ventures LLC*