# WOLLMUTH MAHER & DEUTSCH LLP

500 FIFTH AVENUE
NEW YORK, NEW YORK 10110
TELEPHONE (212) 382-3300
FACSIMILE (212) 382-0050

May 20, 2026

**VIA ECF**
Honorable Naomi Reice Buchwald
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:  *20230930-DK-Butterfly-1, Inc. v. Cohen et al.*, Case No. 1:24-cv-05874-NRB

Dear Judge Buchwald:

Pursuant to Federal Rules of Civil Procedure (Fed. R. Civ. P.) Rule 5.2 and Rule 21.7 of the Southern District of New York's Electronic Case Filing Rules, we write to respectfully request that the Court formally seal ECF Doc. No. 52-1, which has been placed temporarily under seal by the clerk's office. The document inadvertently disclosed personal identifying information required to be redacted under Fed. R. Civ. P. Rule 5.2. We therefore request this document remain under seal, and we will file a public version of the document redacting this information accordingly.

Thank you for your attention to this matter.

Respectfully submitted,

*/s/      Joshua M. Slocum*
Joshua M. Slocum
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
(212) 382-3300

*Counsel for Ryan Cohen and RC Ventures LLC*

cc:    Counsel of Record (via ECF)