**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| 20230930-DK-BUTTERFLY-1, INC.,<br>f/k/a BED BATH & BEYOND INC.,<br><br>Plaintiff,<br><br>– v. –<br><br>RYAN COHEN and<br>RC VENTURES LLC,<br><br>Defendants. | ECF CASE<br><br>No. 24-cv-5874 (NRB) |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2026 I caused a true and correct copy of Plaintiff's sealed letter request for a conference for a proposed motion for summary judgment [Dkt. 59] to be served on the persons set forth on Exhibit A hereto by U.S. mail to the address set forth below their names thereon.

Dated: September 14, 2026

/s/ James A. Hunter
James A. Hunter

**Exhibit A: Service List**
***20230930-DK-Butterfly-1, Inc. v. Cohen et al.*,**
**No. 24-cv-5874 (NRB) (S.D.N.Y. filed Aug. 1, 2024)**

**Counsel for the Cohen Defendants:**

Joshua M. Slocum, Esq.
Maxwell M. Dillan, Esq.
Jocelyn M. Stuto, Esq.
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, New York 10110