UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
20230930-DK-BUTTERFLY-1, INC.,

Plaintiff,

- against -

RYAN COHEN and RC VENTURES LLC,

Defendants.
-------------------------------------X

**ORDER**

24 Civ. 5874 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Having reviewed the parties' respective pre-motion letters, dated September 14, 2026 -- ECF Nos. 58 and 60 -- and the parties' respective letters responding to the pre-motion letters, dated September 17, 2026 -- ECF Nos. 62 and 63 -- the Court has determined that each party may bring its proposed motion for summary judgment without the necessity of a pre-motion conference.

Given that the parties propose filing cross-motions for summary judgment, a four-brief schedule shall be utilized with defendants Ryan Cohen and RC Ventures LLC filing the initial brief. The parties are directed to confer and jointly propose a briefing schedule in accordance with this Order. No more than 75 days should elapse from the filing of either party's motion to the filing of that party's reply in support of its own motion.

The Court will set a briefing schedule for *Daubert* motions, if needed, following resolution of the parties' dispositive motions.

**SO ORDERED.**

Dated: New York, New York
September 29, 2026

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE