October 9, 2026

**VIA ECF**

Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *20230930-DK-Butterfly-1, Inc. v. Cohen et al.*, Case No. 1:24-cv-05874-NRB

Dear Judge Buchwald:

The parties jointly write pursuant to the Court's September 29, 2026 order (ECF Doc. No. 64), to notify the Court that the parties have agreed to the below briefing schedule for summary judgment motions:

- Defendants' Motion – October 30
- Plaintiff's Opposition/Cross-Motion – December 14
- Defendants' Opposition/Reply – January 15
- Plaintiff's Reply – February 12

So Ordered
Naomi Reice Buchwald, USDJ
10/13/26

While we recognize the Court's order requested that "[n]o more than 75 days should elapse from the filing of either party's motion to the filing of that party's reply in support of its own motion" we respectfully request the Court grant the above schedule, which allows for 77 days between Defendants' opening brief and reply. The parties have agreed to this slight deviation, which is still well within the Court's total time limit, given the intervening holidays. We appreciate the Court's continued attention to this matter.

Respectfully submitted,

*/s/ James A. Hunter*
James A. Hunter
LAW OFFICE OF JAMES A. HUNTER
201 King of Prussia Road, Suite 650
Radnor, Pennsylvania 19087
Phone: +1 (484) 275-2162
Fax: +1 (646) 462-3356
Email: hunter@hunterkmiec.com

*/s/ Joshua M. Slocum*
Joshua M. Slocum
WOLLMUTH MAHER & DEUTSCH LLP
Joshua M. Slocum
Maxwell G. Dillan
Jocelyn M. Stuto
500 Fifth Avenue
New York, New York 10110
Phone: +1 (212) 382-3300

Case 1:24-cv-05874-NRB Document 65 Filed 10/09/26 Page 2 of 2

*Counsel for Plaintiff 20230930-DK-Butterfly-1, Inc., f/k/a Bed Bath & Beyond Inc.*

Email: jslocum@wmd-law.com
mdillan@wmd-law.com
jstuto@wmd-law.com
*Counsel for Defendants Ryan Cohen and RC Ventures LLC*