**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| 20230930-DK-BUTTERFLY-1, INC., f/k/a BED BATH & BEYOND INC.,<br><br>Plaintiff,<br><br>v.<br><br>RYAN COHEN and RC VENTURES LLC,<br><br>Defendants. | Case No. 1:24-cv-05874-NRB |

**DEFENDANTS RYAN COHEN AND RC VENTURES LLC'S**
**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Statement of Undisputed Material Facts pursuant to Local Civil Rule 56.1, the Declaration of Joshua M. Slocum, sworn to on October 30, 2026, and the exhibits attached thereto, the Declaration of Ryan Cohen, sworn to on October 29, 2026, the Declaration of Ryan P. Nebel, sworn to on October 29, 2026, and all prior pleadings and proceedings herein, Defendants Ryan Cohen and RC Ventures LLC (the "Cohen Defendants"), by their attorneys, Wollmuth Maher & Deutsch LLP, respectfully move this Court, before the Honorable Naomi Reice Buchwald, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 21A, New York, New York 10007, at a date and time to be set by the Court, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting summary judgment in favor of the Cohen Defendants and dismissing the Second Amended Complaint of Plaintiff 20230930-DK-Butterfly-1, Inc., f/k/a Bed Bath & Beyond Inc., in its entirety.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's order dated October 13, 2019 (ECF 66), Plaintiff's opposition and cross-motion papers, if any, shall be due by December 14, 2026; the Cohen Defendants' reply and opposition papers, if any, shall be due by January 15, 2027; and Plaintiff's reply papers, if any, shall be due by February 12, 2027.

Dated: October 30, 2026

Respectfully submitted,

WOLLMUTH MAHER & DEUTSCH LLP

*/s/ Joshua M. Slocum*

Joshua M. Slocum
Maxwell G. Dillan
Jocelyn M. Stuto
500 Fifth Avenue
New York, New York 10110
Phone: (212) 382-3300
jslocum@wmd-law.com
mdillan@wmd-law.com
jstuto@wmd-law.com

*Attorneys for Defendants Ryan Cohen and RC Ventures LLC*