**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| 20230930-DK-BUTTERFLY-1, INC., f/k/a BED BATH & BEYOND INC.,<br><br>Plaintiff,<br><br>v.<br><br>RYAN COHEN and RC VENTURES LLC,<br><br>Defendants. | Case No. 1:24-cv-05874-NRB |

**DECLARATION OF JOSHUA M. SLOCUM IN SUPPORT OF DEFENDANTS RYAN COHEN AND RC VENTURES LLC'S MOTION FOR SUMMARY JUDGMENT**

I, Joshua M. Slocum, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner at Wollmuth Maher & Deutsch LLP, a law firm with its principal office at 500 Fifth Avenue, New York, New York 10110, and counsel Defendants Ryan Cohen and RC Ventures LLC ("RCV," and together, the "Cohen Defendants") in the above captioned action.

2. I am familiar with the facts set forth herein based on personal knowledge and review of pertinent documents and testimony in this action.

3. I submit this declaration on behalf of the Cohen Defendants to place before the court certain materials referenced in Defendants Ryan Cohen and RC Ventures LLC's Memorandum of Law in Support of Their Motion for Summary Judgment and Statement of Undisputed Material Facts.

4. Attached hereto as Exhibit 1 is a true and correct copy of the Form 8-K filed with the Securities and Exchange Commission by 20230930-DK-BUTTERFLY-1, Inc. on September 29, 2023. The Form 8-K is publicly available on the SEC's website at: https://www.sec.gov/ix?doc

=/Archives/edgar/data/0000886158/000119312523247428/d579010d8k.htm.

5. Attached hereto as Exhibit 2 is a true and correct copy of the October 28, 2020 press release titled "Bed Bath & Beyond Inc. Launches $225 Million Accelerated Share Repurchase Program," produced by Plaintiff in this action, bearing Bates numbers BBBY_Cohen0052101 - BBBY_Cohen0052102.

6. Attached hereto as Exhibit 3 is a true and correct copy of the December 14, 2020 press release titled "Bed Bath & Beyond Inc. Continues Fast-Paced Transformation With Definitive Agreement To Sell Cost Plus World Market," produced by Plaintiff in this action, bearing Bates numbers BBBY_Cohen0051134 - BBBY_Cohen0051135.

7. Attached hereto as Exhibit 4 is a true and correct copy of the April 14, 2021 press release titled "Bed Bath & Beyond Inc. Reports Fiscal 2020 Fourth Quarter & Full Year Results," produced by Plaintiff in this action, bearing Bates numbers BBBY_Cohen0052106 - BBBY_Cohen0052112.

8. Attached hereto as Exhibit 5 is a true and correct copy of the November 2, 2021 press release titled "Bed Bath & Beyond Inc. Advances $1 Billion Three-Year Share Repurchase Program Within Fiscal 2021," produced by Plaintiff in this action, bearing Bates numbers BBBY_Cohen0121303 - BBBY_Cohen0121305.

9. Attached hereto as Exhibit 6 is a true and correct copy of excerpts of the Transcript of the Deposition of Laura Crossen, dated December 15, 2025.

10. Attached hereto as Exhibit 7 is a true and correct copy of the Form 10-Q filed with the Securities and Exchange Commission by Bed Bath & Beyond Inc. on January 6, 2022, produced by Plaintiff in this action, bearing Bates numbers BBBY_Cohen0064405 - BBBY_Cohen0064449.

11. Attached hereto as Exhibit 8 is a true and correct copy of Bed Bath & Beyond Inc.'s Third Quarter Fiscal 2021 Earnings Presentation, dated January 6, 2022, produced by Plaintiff in this action, bearing Bates numbers BBBY_Cohen0025512 - BBBY_Cohen0025549.

12. Attached hereto as Exhibit 9 is a true and correct copy of the January 6, 2022 press release titled "Bed Bath & Beyond Inc. Reports Third Quarter Results (Ending November 27, 2021) Delivering Strong Gross Margin Performance," produced by Plaintiff in this action, bearing Bates numbers BBBY_Cohen0063922 - BBBY_Cohen0063933.

13. Attached hereto as Exhibit 10 is a true and correct copy of the Schedule 13D filed with the Securities and Exchange Commission by the Cohen Defendants on March 7, 2022, produced by Plaintiff in this action, bearing Bates numbers BBBY_Cohen0000001 - BBBY_Cohen0000013.

14. Attached hereto as Exhibit 11 is a true and correct copy of an email dated March 2, 2022, produced by the Cohen Defendants in this action, bearing Bates numbers Cohen_0002105 - Cohen_0002106.

15. Attached hereto as Exhibit 12 is a true and correct copy of excerpts of the Transcript of the Deposition of Ryan Cohen, dated December 22, 2025.

16. Attached hereto as Exhibit 13 is a true and correct copy of excerpts of the Transcript of the Deposition of Ryan Nebel, dated January 15, 2026.

17. Attached hereto as Exhibit 14 is a true and correct copy of the Declaration of Eric Andruczyk, dated January 29, 2026.

18. Attached hereto as Exhibit 15 is a true and correct copy of the Declaration of Joseph Maehr, dated January 29, 2026.

19. Attached hereto as Exhibit 16 is a true and correct copy of Declaration of Daniel

Marcus, dated January 30, 2026.

20. Attached hereto as Exhibit 17 is a true and correct copy of an email dated March 7, 2022, produced by Plaintiff in this action, bearing Bates numbers BBBY_Cohen0030021 - BBBY_Cohen0030024.

21. Attached hereto as Exhibit 18 is a true and correct copy of an email dated March 7, 2022, produced by Plaintiff in this action, bearing Bates numbers BBBY_Cohen0030261 - BBBY_Cohen0030263.

22. Attached hereto as Exhibit 19 is a true and correct copy of an email dated March 14, 2022, and its attachment, produced by Plaintiff in this action, bearing Bates numbers BBBY_Cohen0031105 - BBBY_Cohen0031120.

23. Attached hereto as Exhibit 20 is a true and correct copy of an email dated March 23, 2022, and its attachment, produced by Plaintiff in this action, bearing Bates numbers BBBY_Cohen0033501 - BBBY_Cohen0033516.

24. Attached hereto as Exhibit 21 is a true and correct copy of an email dated March 28, 2022, and its attachment, produced by Plaintiff in this action, bearing Bates numbers BBBY_Cohen0034322 - BBBY_Cohen0034337.

25. Attached hereto as Exhibit 22 is a true and correct copy of an email dated April 5, 2022, and its attachment, produced by Plaintiff in this action, bearing Bates numbers BBBY_Cohen0035884 - BBBY_Cohen0035899.

26. Attached hereto as Exhibit 23 is a true and correct copy of an email dated April 14, 2022, and its attachment, produced by Plaintiff in this action, bearing Bates numbers BBBY_Cohen0039693 - BBBY_Cohen0039708.

27. Attached hereto as Exhibit 24 is a true and correct copy of an email dated March

21, 2022, and its attachment, produced by Plaintiff in this action, bearing Bates numbers BBBY_Cohen0032476 - BBBY_Cohen0032488.

28. Attached hereto as Exhibit 25 is a true and correct copy of an email dated March 28, 2022, and its attachment, produced by Plaintiff in this action, bearing Bates numbers BBBY_Cohen0034283 - BBBY_Cohen0034295.

29. Attached hereto as Exhibit 26 is a true and correct copy of the Stipulation Regarding Topics 5-7 of the Notice of Rule 30(b)(6) Deposition of Plaintiff 20230930-DK-Butterfly-1, Inc., f/k/a Bed Bath & Beyond Inc., entered into by the parties to this action.

30. Attached hereto as Exhibit 27 is a true and correct copy of the Cooperation Agreement between Bed Bath & Beyond Inc. and RC Ventures, dated March 24, 2022, produced by Plaintiff in this action, bearing Bates numbers BBBY_Cohen0000050 - BBBY_Cohen0000067.

31. Attached hereto as Exhibit 28 is a true and correct copy of the March 25, 2022 press release titled “Bed Bath & Beyond Inc. Announces Cooperation Agreement with Ryan Cohen,” produced by Plaintiff in this action, bearing Bates numbers BBBY_Cohen0010623 - BBBY_Cohen0010624.

32. Attached hereto as Exhibit 29 is a true and correct copy of an email dated March 16, 2022, and its attachment, produced by Plaintiff in this action, bearing Bates numbers BBBY_Cohen0076304 - BBBY_Cohen0076307.

33. Attached hereto as Exhibit 30 is a true and correct copy of an email dated April 1, 2022, and its attachment, produced by Plaintiff in this action, bearing Bates numbers BBBY_Cohen0086451 - BBBY_Cohen0086462.

34. Attached hereto as Exhibit 31 is a true and correct copy of an email dated April 9, 2022, produced by Plaintiff in this action, bearing Bates numbers BBBY_Cohen0037309 -

BBBY_Cohen0037312.

35. Attached hereto as Exhibit 32 is a true and correct copy of the April 13, 2022 press release titled "Bed Bath & Beyond Inc. Reports Fiscal 2021 Fourth Quarter Results (Ending February 26th, 2022)," produced by Plaintiff in this action, bearing Bates numbers BBBY_Cohen0038846 - BBBY_Cohen0038851.

36. Attached hereto as Exhibit 33 is a true and correct copy of excerpts of Bed Bath & Beyond Inc.'s transfer ledger, produced by Plaintiff in this action, bearing Bates numbers BBBY_Cohen0000929 - BBBY_Cohen0001304.

37. Attached hereto as Exhibit 34 is a true and correct copy of the Form 10-K filed with the Securities and Exchange Commission by Bed Bath & Beyond Inc. on April 21, 2022, produced by Plaintiff in this action, bearing Bates numbers BBBY_Cohen0097414 - BBBY_Cohen0097511.

38. Attached hereto as Exhibit 35 is a true and correct copy of the Form 10-Q filed with the Securities and Exchange Commission by Bed Bath & Beyond Inc. on June 29, 2022. The Form 10-Q is publicly available on the SEC's website at: https://www.sec.gov/ix?doc=/Archives/edgar/data/0000886158/000088615822000081/bbby-20220528.htm.

39. Attached hereto as Exhibit 36 is a true and correct copy of the Form 3 filed with the Securities and Exchange Commission by RCV on August 15, 2022, produced by third-party Olshan Frome Wolosky LLP, bearing Bates numbers OLSHAN-0004973 - OLSHAN-0004976.

40. Attached hereto as Exhibit 37 is a true and correct copy of Amendment No. 2 to the Schedule 13D filed with the Securities and Exchange Commission by the Cohen Defendants on August 16, 2022, produced by Plaintiff in this action, bearing Bates numbers BBBY_Cohen0000038 - BBBY_Cohen0000042.

41. Attached hereto as Exhibit 38 is a true and correct copy of an email dated August

16, 2022, produced by Defendants in this action, bearing Bates numbers Cohen_0002748 - Cohen_0002753.

42. Attached hereto as Exhibit 39 is a true and correct copy of Amendment No. 3 to the Schedule 13D filed with the Securities and Exchange Commission by the Cohen Defendants on August 18, 2022, produced by Plaintiff in this action, bearing Bates numbers BBBY_Cohen0000043 - BBBY_Cohen0000049.

43. Attached hereto as Exhibit 40 is a true and correct copy of a letter from J. Abraham to the Board of Directors of Bed Bath & Beyond Inc., dated August 22, 2022, produced by Plaintiff in this action, bearing Bates numbers BBBY_Cohen0114702 - BBBY_Cohen0114708.

44. Attached hereto as Exhibit 41 is a true and correct copy of a letter from L. Squitieri to the Board of Directors of Bed Bath & Beyond Inc., dated September 9, 2022, produced by Plaintiff in this action, bearing Bates numbers BBBY_Cohen0120664 - BBBY_Cohen0120666.

45. Attached hereto as Exhibit 42 is a true and correct copy of the Schedule 13G/A filed by Security Capital Research & Management Incorporated and Security Capital Preferred Growth Incorporated on February 12, 2009. The Schedule 13G/A is publicly available on the SEC's website at: https://www.sec.gov/Archives/edgar/data/1232582/000106882909000023/ashford12312008.htm.

46. Attached hereto as Exhibit 43 is a true and correct copy of the Form 10-Q filed with the Securities and Exchange Commission by Ashford Hospitality Trust on November 6, 2009. The Form 10-Q is publicly available on the SEC's website at: https://www.sec.gov/Archives/edgar/data/1232582/000095012309059472/d69970e10vq.htm.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 30, 2026

By: */s/ Joshua M. Slocum*
Joshua M. Slocum