# EXHIBIT 11

## Filed Under Seal