# EXHIBIT 13

## Filed Under Seal