# EXHIBIT 14

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| 20230930-DK-BUTTERFLY-1, INC., f/k/a BED BATH & BEYOND INC.,<br><br>Plaintiff,<br><br>v.<br><br>RYAN COHEN and RC VENTURES LLC,<br><br>Defendant. | Case No. 1:24-cv-05874-NRB |

**DECLARATION OF ERIC ANDRUCZYK**

I, Eric Andruczyk, pursuant to 28 U.S.C. § 1746, do hereby declare:

1. I currently serve as a Director within the Portfolio Compliance Group at BlackRock, Inc. ("BlackRock") and am involved with disclosing BlackRock's aggregated shareholdings in BlackRock's Schedule 13G filings.

2. Based on a review of the records, on February 7, 2022, BlackRock filed a Schedule 13G amendment as of December 31, 2021, disclosing its beneficial ownership of 16,527,076 shares of Bed Bath & Beyond, Inc. ("BBBY") common stock, constituting 17.2% of BBBY's then outstanding shares (the "Schedule 13G").

3. In calculating its percentage ownership disclosed in the Schedule 13G, BlackRock relied on the outstanding share count disclosed in BBBY's Form 10-Q for the quarterly period ended November 27, 2021, which was filed with the Securities and Exchange Commission on January 6, 2022 and disclosed an outstanding share count of 96,337,713.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 1/29/26

Eric Andruczyk