# EXHIBIT 15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 20230930-DK-BUTTERFLY-1, INC., f/k/a BED BATH & BEYOND INC.,<br><br>Plaintiff,<br><br>v.<br><br>RYAN COHEN and RC VENTURES LLC,<br><br>Defendant. | Case No. 1:24-cv-05874-NRB |

## DECLARATION OF JOSEPH MAEHR

I, Joseph Maehr, pursuant to 28 U.S.C. § 1746, do hereby declare upon information and belief:

1. I currently serve as Executive Director at Morgan Stanley.

2. On February 9, 2022, Morgan Stanley Capital Services LLC ("MSCS") filed a Schedule 13G disclosing, in part, MSCS's beneficial ownership of 5,678,836 shares of Bed Bath & Beyond, Inc. ("BBBY"), constituting 5.9% of BBBY's outstanding shares.

3. It is my understanding based on a review of the relevant records that, in calculating the percentage ownership disclosed in the Schedule 13G, MSCS relied on the share count disclosed in BBBY's Form 10-Q for the quarterly period ended November 27, 2021, which was filed with the Securities and Exchange Commission on January 6, 2022 and disclosed an outstanding share count of 96,337,713.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 1-29-2026

Joseph Maehr
Joseph Maehr
Executive Director