# EXHIBIT 22

## Filed Under Seal