# EXHIBIT 23

## Filed Under Seal