# EXHIBIT 24

## Filed Under Seal