# EXHIBIT 25

## Filed Under Seal