# EXHIBIT 29

## Filed Under Seal