# EXHIBIT 30

## Filed Under Seal