# EXHIBIT 33

## Filed Under Seal