# EXHIBIT 38

## Filed Under Seal