# EXHIBIT 40

AF&T
ABRAHAM, FRUCHTER & TWERSKY, LLP

August 22, 2022

**By Federal Express**

Board of Directors
Bed Bath & Beyond Inc.
650 Liberty Avenue
Union, New Jersey 07083

Re: **Litigation Demand for the Company to Assert Section 16(b) Claims**

Dear Board Members:

I represent Todd Augenbaum, a shareholder of Bed Bath & Beyond Inc. ("BBBY", the "Company"), in making this demand that the Company sue RC Ventures LLC ("RC Ventures"), a Delaware entity, to recover short-swing profits pursuant to Section 16(b) of the Securities Exchange Act of 1934, 15 U.S.C. §78p(b) ("Section 16(b)").

**Relevant Facts**

BBBY is a publicly traded company, the securities of which are registered with the U.S. Securities and Exchange Commission (the "SEC") pursuant to Section 12 of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §78k. As a result, Section 16(b) of the Exchange Act requires directors, officers and beneficial owners of ten percent or more of BBBY's common stock (the "Common Stock") to disgorge to the Company "any profit realized . . . from any purchase and sale, or any sale and purchase . . . within any period of less than six months." 15 U.S.C. §78p(b).

On March 7, 2022, RC Ventures (together with its manager, Ryan Cohen, the "Reporting Persons") filed a Schedule 13D with the SEC disclosing that, as of February 24, 2022, it had sole voting power over 9,450,100 shares of the Common Stock, representing 9.8% of the outstanding shares of Common Stock. The Schedule 13D disclosed that between January 13, 2022, and March 3, 2022, RC Ventures purchased 7,780,000 shares of Common Stock, for approximately $119,376,296, representing an average price of $15.3434 per share, and call options (the "Call Options") exercisable into 1,670,100 shares for $1,785,263 including the following purchases:

| Date of Purchase | Security Purchased | Quantity | Purchase Price | Net Expenditures |
|---|---|---|---|---|
| 2/16/2022 | Common Stock | 30,000 | $16.23 | $486,840.00 |
| 2/22/2022 | Common Stock | 75,000 | $14.03 | $1,052,325.00 |
| 2/24/2022 | Common Stock | 367,833 | $15.21 | $5,593,268.60 |
| 2/24/2022 | Common Stock | 500,000 | $13.66 | $6,830,000.00 |
| 2/24/2022 | Common Stock | 500,000 | $14.58 | $7,288,500.00 |
| 2/24/2022 | Common Stock | 300,000 | $13.43 | $4,027,800.00 |
| 2/25/2022 | Common Stock | 542,621 | $16.22 | $8,802,940.48 |
| 2/25/2022 | Common Stock | 115,000 | $16.11 | $1,853,110.00 |
| 2/28/2022 | Common Stock | 500,000 | $16.60 | $8,300,500.00 |
| 2/28/2022 | January 2023 Call Option ($60 Exercise Price) | 4,757 | $0.93 | $443,542.68 |
| 2/28/2022 | January 2023 Call Option ($75 Exercise Price) | 243 | $0.76 | $18,475.29 |
| 3/1/2022 | January 2023 Call Option ($60 Exercise Price) | 5,000 | $1.47 | $734,650.00 |
| 3/1/2022 | January 2023 Call Option ($60 Exercise Price) | 1,500 | $1.41 | $211,725.00 |
| 3/1/2022 | January 2023 Call Option ($75 Exercise Price) | 201 | $1.08 | $21,714.03 |
| 3/1/2022 | January 2023 Call Option ($80 Exercise Price) | 5,000 | $0.71 | $355,150.00 |
| 3/1/2022 | Common Stock | 307,341 | $16.94 | $5,207,247.83 |
| 3/1/2022 | Common Stock | 311,660 | $16.76 | $5,222,299.62 |
| 3/1/2022 | Common Stock | 70,545 | $16.68 | $1,176,690.60 |
| 3/2/2022 | Common Stock | 69,516 | $17.25 | $1,199,429.06 |
| 3/3/2022 | Common Stock | 20,484 | $16.81 | $344,315.56 |

The Schedule 13D stated that the Reporting Persons intended to engage in communications with the Board and BBBY's management team regarding opportunities to enhance shareholder value and improve corporate governance. The Schedule 13D also disclosed that "on March 6, 2022, the Reporting Persons delivered a letter to the Board (the 'Letter') encouraging the Board to adjust the [Company's] strategy and explore alternative paths to value creation. Specifically, the Reporting Persons expressed their belief that the [Company] should narrow its focus to fortify operations and maintain the right inventory mix to meet demand, while simultaneously exploring strategic alternatives that include separating buybuy Baby, Inc. and a full sale of the [Company]." A copy of the Letter was attached to the Schedule 13D.

The Schedule 13D stated that the Reporting Persons held 9.8% of BBBY's aggregate shares outstanding "based upon 96,337,713 Shares outstanding as of November 27, 2021 as reported in the [Company's] Quarterly Report on Form 10-Q filed with the Securities and Exchange Commission on January 6, 2022." That calculation was flawed because the denominator was stale with the Company having at most, 81,979,000 shares of Common Stock outstanding as

of February 26, 2022 (*see* April 21, 2022 Form 10-K at p.42) because during prior fiscal quarter, BBBY had repurchased approximately 14.3 million shares of Common Stock. *See* Jan. 6, 2022 Form 10-Q at p.18 ("during the … nine months ended November 27, 2021, the Company repurchased approximately … 13.4 million shares of Common Stock"), April 21, 2022 Form 10-K at p.66 ("during the twelve months ended February 26, 2022, the Company repurchased approximately 27.7 million shares of its common stock"). As a result, the Reporting Persons were beneficial owners of 10% or more of the Common Stock by no later than March 1, 2022.

On March 25, 2022, the Company filed a Form 8-K and the Reporting Persons filed a first amendment to their Schedule 13D disclosing that they had entered into a cooperation agreement (the "Cooperation Agreement"). The terms of the Cooperation Agreement provided for, and BBBY had already acted to, increase the size of BBBY's board of directors (the "Board") from eleven to fourteen members and appoint Marjorie L. Bowen, Shelly C. Lombard and Benjamin Rosenzweig (the "New Directors") as directors, each with a term expiring at the Company's 2022 annual meeting of shareholders (the "2022 Annual Meeting"), at which time the Board would again be reduced to eleven members with the New Directors nominated for re-election. In addition, Ms. Bowen and Mr. Rosenzweig were appointed to a four-member Strategy Committee of the Board, focused on supporting the Board's oversight and review of a strategic analysis of the Company's buybuy BABY business. The Company also agreed not to increase the size of the Board beyond eleven members after the 2022 Annual Meeting or seek to classify the Board, in each case, prior to the expiration of the Standstill Period (as defined below) without the Reporting Persons' consent.

The Cooperation Agreement, which was attached as an exhibit to both the Form 8-K and the Schedule 13D, also provided that:

> If any New Director (or any Replacement Director (as defined below)) is unable or unwilling to serve as a director and ceases to be a director, resigns as a director, is removed as a director or for any other reason fails to serve or is not serving as a director at any time prior to the expiration of the Standstill Period (as defined below), and at such time RC Ventures' Net Economic Ownership (as defined below) is at least the lesser of (x) 4.04% of the Company's then-outstanding Common Stock and (y) 3,900,000 shares of Common Stock (subject to adjustment for stock splits, reclassifications, combinations and similar adjustments), RC Ventures shall have the ability to privately recommend a person to be a Replacement Director in accordance with this Section 1(a)(ii) (any such replacement nominee, when appointed to the Board, shall be referred to as a "Replacement Director"). Any Replacement Director must (A) be reasonably acceptable to the Board (such acceptance not to be unreasonably withheld) in accordance with the Nomination Guidelines (as defined below), (B) qualify as "independent" pursuant to the NASDAQ Stock Market ("NASDAQ") listing standards, (C) have a comparable amount of relevant financial and business experience to the director of the Company being replaced, and (D) as a condition to his or her appointment, have provided the Company with all information required pursuant to Section 1(e)(iv). The Nominating and Corporate Governance

Committee of the Board (the "Nominating Committee") shall make its determination and recommendation regarding whether such Replacement Director meets the foregoing criteria within ten (10) business days after (i) such nominee has submitted to the Company the documentation required by Section 1(e)(iv) and (ii) representatives of the Board have conducted customary interview(s) (if requested by the Board or the Nominating Committee) and background checks of such nominee. The Company shall use its reasonable best efforts to conduct any interview(s) contemplated by this Section 1(a)(ii) as promptly as practicable. In the event the Nominating Committee does not accept a person recommended by RC Ventures who satisfies the conditions set forth in this Section 1(a)(ii) as the Replacement Director (such acceptance not to be unreasonably withheld), RC Ventures shall have the right to privately recommend additional substitute person(s) whose appointment shall be subject to the Nominating Committee recommending such person in accordance with the procedures described above. Upon the recommendation of a Replacement Director nominee by the Nominating Committee, the Board shall vote on the appointment of such Replacement Director to the Board no later than five (5) business days after the Nominating Committee's recommendation of such Replacement Director; provided, however, that if the Board does not appoint such Replacement Director to the Board pursuant to this Section 1(a)(ii), the Parties shall continue to follow the procedures of this Section 1(a)(ii) until a Replacement Director is elected to the Board. Subject to the Nomination Guidelines, upon a Replacement Director's appointment to the Board, the Board and all applicable committees of the Board shall take all necessary actions to appoint such Replacement Director to any applicable committee of the Board of which the replaced director was a member immediately prior to such director's resignation or removal. Subject to the Nomination Guidelines, until such time as any Replacement Director is appointed to any applicable committee of the Board, one of the other New Directors will serve as an interim member of such applicable committee. Any Replacement Director designated pursuant to this Section 1(a)(ii) replacing a New Director prior to the mailing of the Company's definitive proxy statement for the 2022 Annual Meeting shall stand for election at the 2022 Annual Meeting together with the other director nominees. As used in this Agreement, the term "Nomination Guidelines" means the Charter, the By-Laws, the Charter of the Nominating Committee, the Company's Corporate Governance Guidelines, and the Company's current practices and procedures, in each case as in effect as of the applicable date, and applicable law. For purposes of this Section 1(a)(ii): (i) RC Ventures' "Net Economic Ownership" shall mean the excess of (A) the aggregate number of shares of Common Stock that RC Ventures Economically Owns over (B) the number of shares of Common Stock that are the subject of, or the reference securities for, or which otherwise underlie, derivatives or other similar arrangements directly or indirectly held by RC Ventures or to which RC Ventures is otherwise, directly or indirectly, a party and that increase in value as the market price or value of the Common Stock decreases; and (ii) "Economically Owns" shall mean, with respect to a share of Common Stock, that such share of Common Stock is beneficially owned by RC Ventures, and if any such share of Common Stock is

beneficially owned by virtue of a derivative or any other arrangement (excluding being held directly by RC Ventures or by a securities intermediary holding as agent for RC Ventures), the value of such derivative or other arrangement to RC Ventures changes fully on a one-to-one basis with a change in value of the number of shares of Common Stock underlying such derivative or other arrangement.

On July 21, 2022, FCM BBBY Holdings LLC, an entity organized under Wyoming law only days earlier and the sole member of which is Freeman Capital Management LLC ("Freeman Capital"), filed a Schedule 13G with the SEC claiming to be a passive investor in BBBY. The Schedule 13G attached as an exhibit to a letter to the Board disclosing that Freemen Capital had acquired beneficial ownership of 4,968,000 shares, or 6.21% of the Common Stock. The letter, in Exhibit B, contained a proposal for the Company to issue bonds for the purposes of raising cash and addressing liquidity issues.

On August 16, 2022, the Reporting Persons filed another amendment to the Schedule 13D disclosing that they beneficially owned 11.8% of the Common Stock solely due to a decrease in the number of outstanding shares of Common Stock. The amendment disclosed that the Reporting Persons had not had any transactions in the Common Stock since March 24, 2022. Nonetheless, the Common Stock traded up to as much as $28.35 per share that day, before closing at $20.65 per share on reported trading volume of over 395 million shares.

Also on August 16, 2022, Freeman Capital amended its Schedule 13G disclosing that it no longer owned any Common Stock and stating that the day of the event requiring the filing, *i.e.*, the day on which Freeman Capital's interest fell below 5% of the outstanding Common Stock, was August 16, 2022. In other words, Freeman Capital sold a large amount of Common Stock that day.

On August 18, 2022, the Reporting Persons filed a Form 4 with the SEC disclosing the following sales of Common Stock by RC Ventures on August 16, 2022. The Form 4 stated that the filing was made both in their capacities as 10% beneficial owners of the Common Stock and because they "***previously may have been deemed members of a Section 13(d) group*** that no longer beneficially owns more than 10% of the [Company's] outstanding shares of Common Stock." (emphasis added).

On August 25, 2022, the Reporting Persons filed another amendment to the Schedule 13D disclosing that RC Ventures sold all of its Common Stock and Call Options in the following transactions:

| Date of Sale | Security Sold | Quantity | Weighted Average Sales Price | Net Proceeds |
|---|---|---|---|---|
| 8/16/2022 | Common Stock | 446,399 | $18.68 | $8,340,880.50 |
| 8/16/2022 | Common Stock | 812,448 | $19.48 | $15,827,884.45 |
| 8/16/2022 | Common Stock | 1,443,818 | $20.78 | $30,007,490.34 |
| 8/16/2022 | Common Stock | 1,059,021 | $21.42 | $22,685,225.30 |
| 8/16/2022 | Common Stock | 795,559 | $22.71 | $18,066,627.78 |
| 8/16/2022 | Common Stock | 169,335 | $23.33 | $3,950,477.18 |
| 8/16/2022 | Common Stock | 103,901 | $24.87 | $2,583,869.29 |
| 8/16/2022 | Common Stock | 104,077 | $25.59 | $2,663,526.09 |
| 8/16/2022 | Common Stock | 65,442 | $26.27 | $1,719,252.30 |
| 8/17/2022 | Common Stock | 189,689 | $23.73 | $4,502,023.72 |
| 8/17/2022 | Common Stock | 512,185 | $24.63 | $12,613,380.76 |
| 8/17/2022 | Common Stock | 896,238 | $25.50 | $22,853,810.88 |
| 8/17/2022 | Common Stock | 610,828 | $26.44 | $16,152,254.91 |
| 8/17/2022 | Common Stock | 323,483 | $27.58 | $8,920,242.34 |
| 8/17/2022 | Common Stock | 140,788 | $28.51 | $4,014,177.73 |
| 8/17/2022 | Common Stock | 106,789 | $29.22 | $3,120,290.86 |
| 8/17/2022 | January 2023 Call Option ($60 Exercise Price) | 7,475 | $6.55 | $4,893,596.96 |
| 8/17/2022 | January 2023 Call Option ($60 Exercise Price) | 3,782 | $8.62 | $3,259,221.33 |
| 8/17/2022 | January 2023 Call Option ($75 Exercise Price) | 444 | $5.66 | $251,287.13 |
| 8/17/2022 | January 2023 Call Option ($80 Exercise Price) | 3,826 | $5.34 | $2,044,354.61 |
| 8/17/2022 | January 2023 Call Option ($80 Exercise Price) | 1,174 | $7.03 | $824,901.94 |

RC Ventures is subject to Section 16(b) based upon both having been a beneficial owner of 10% or more of the Common Stock individually or as a member of a group within the meaning of §13(d) of the Exchange Act and having been a director of BBBY through deputizing the New Directors to represent its interests on the Board. RC Ventures' purchases were within six months of the sales disclosed in the August 18, 2022 Form 4 and August 25, 2022 Schedule 13D amendment and resulted in substantial trading profits for RC Ventures which must be disgorged to the Company pursuant to Section 16(b).

This letter, as stated above, demands that the Company file a lawsuit or take any other action necessary to recover the short-swing profits earned by RC Ventures. If BBBY fails to take any action within sixty (60) days, Mr. Augenbaum intends to file an action seeking recovery. If you wish to discuss the contents of this letter and the demand made herein, please do not hesitate to contact me.

I look forward to hearing from you.

Very truly yours,

Jeffrey S. Abraham

cc: Mr. Todd Augenbaum