**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| 20230930-DK-BUTTERFLY-1, INC., f/k/a BED BATH & BEYOND INC.,<br><br>Plaintiff,<br><br>v.<br><br>RYAN COHEN and RC VENTURES LLC,<br><br>Defendant. | Case No. 1:24-cv-05874-NRB |

**DECLARATION OF RYAN COHEN IN SUPPORT OF DEFENDANTS RYAN COHEN AND RC VENTURES LLC'S MOTION FOR SUMMARY JUDGMENT**

I, Ryan Cohen, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am the sole member and manager of RC Ventures LLC ("RCV"). I submit this declaration on personal knowledge.

2. Between January 13 and March 3, 2022, RCV purchased shares of common stock of Bed Bath & Beyond Inc. ("BBBY") and call options on BBBY common stock.

3. I retained Olshan Frome Wolosky LLP to advise RCV on its obligations under Sections 13(d) and 16 of the Securities Exchange Act of 1934, including the calculation of its percentage ownership of BBBY common stock. I relied on Olshan's advice in making any necessary and appropriate filings in connection with RCV's purchases.

4. On March 2, 2022, [redacted] I believed all information set forth in the Schedule 13D was accurate.

5. During RCV's purchase period ending March 3, 2022, I did not know how many shares BBBY had repurchased after November 27, 2021, the prices it had paid, the dates of those repurchases, or when its program would be completed. During that period, no one at BBBY provided me with a nonpublic updated share count or nonpublic information about execution of the repurchase program.

6. My March 6, 2022 letter to BBBY's board referred to BBBY's publicly announced plans, including its announced intention to repurchase shares. My references to BBBY's planned repurchases were based on BBBY's public statements.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 29, 2026.

Signed by:
Ryan Cohen
67E754AE574C4A8...

Ryan Cohen